AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

United States of America )
v. )
JUSTIN C. MARK )   Case No: 1:11cr22HSO-JMR-001
)   USM No: 16060-043
Date of Original Judgment: 10/21/2011 )
Date of Previous Amended Judgment: )   Mike Scott
*(Use Date of Last Amended Judgment if Any)*        *Defendant's Attorney*

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**FEB 17 2016**
ARTHUR JOHNSTON
BY _____ DEPUTY

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __195__ months **is reduced to** __168__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __10/21/2011__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2/17/2016

Effective Date: 2/17/2016
*(if different from order date)*

_____
*Judge's Signature*

Halil S. Ozerden, U.S. District Judge
*Printed name and title*